

## RETURN

The foregoing inspection Warrant was received on September 1, 2016

On September 2, 2016, a copy of this inspection warrant was left with Nissan Safety Manager Muthu Viswanathan and Nissan Attorney Mark Jicka
On December 2, 2016, commencing at 8:30 (a.m.)/p.m., this inspection Warrant was executed as follows:

With the aforesaid Warrant having been executed and the entry and inspection actions authorized by the Warrant having been completed, the Warrant is returned herewith.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this __11__ day of __January__, ~~2016~~ 2017.

_James R Oglesby_
James R. Oglesby, Compliance Safety and Health Officer
United States Department of Labor
Occupational Safety and Health Administration